No. 875. ESPENLAUB v. INDIANA. Jurisdictional statement distributed April 17, 1937. Decided April 26, 1937. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted, and the appeal is dismissed for the want of a substantial federal question. *Evanston* v. *Gunn*, 99 U. S. 660, 667, 668; *Baltimore & Ohio R. Co.* v. *Mackey*, 157 U. S. 72, 87; *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 311. *Mr. Clyde H. Jones* for appellant. *Mr. Urban C. Stover* for appellee.

No. —, original. EX PARTE HIRAM STEELMAN. April 26, 1937. The motion for leave to file petition for writ of prohibition or mandamus is denied. *Ex parte United States*, 287 U. S. 241, 248, 249.

No. 625. FOX, STATE TAX COMMISSIONER OF WEST VIRGINIA, v. DRAVO CONTRACTING Co. April 26, 1937. Ernest K. James, successor in office to Fred L. Fox, as State Tax Commissioner, substituted as the party appellant on motion of *Mr. Clarence W. Meadows* for the appellant.

No. 906. CATHOLIC ORDER OF FORESTERS, INC., v. NORTH DAKOTA. Jurisdictional statement distributed April 24, 1937. Decided May 3, 1937. *Per Curiam:* The appeal